IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER DELGADO,** | Case No. 2:14-cv-00634 CMK P |
| Plaintiff, | **ORDER** |
| v. | |
| **JERRY SANTANA, et al.,** | |
| Defendants. | |

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  April 5, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:14-cv-00634 CMK P)