IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DELGADO, | No. 2:14-cv-0634-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JERRY SANTANA, et al., | |
| Defendant. | |
| _____ / | |

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are several motions plaintiff has filed indicating that this case was closed in error. The court interprets these motions as a motion for reconsideration under Federal Rules of Civil Procedure 60. As plaintiff indicates the court has mistakenly included this case in a global settlement with two other cases, the court will require the defendants to file a response.[1]

///

---

[1] The court is aware that the Deputy Attorney General who appeared at the settlement conference related to this issue is on maternity leave. Therefore, the court has provided an extended response time in order for the defendants to be able to consult with the Deputy Attorney General prior to filing their response.

1

1  Accordingly, IT IS HEREBY ORDERED that the defendants file a response to
2  plaintiff's motions for reconsideration on or before September 30, 2016.

 DATED: August 5, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE