# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DELGADO, | No. 2:14-cv-0634-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JERRY SANTANA, et al., | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are two motions plaintiff has filed in this closed case. The first is a motion for review of the Settlement Agreement, the second is a motion to proceed. Both of these motions are construed as additional motions for reconsideration (Docs. 44, 45).

Plaintiff is informed that this case is closed. This case was dismissed on April 6, 2016 pursuant to a stipulation of dismissal following a settlement conference. Plaintiff has already filed two motions objecting to the dismissal which to court construed as motions for reconsideration. The motions for reconsideration were reviewed, considered and denied. Plaintiff offers no new grounds in which to review this case; he is only asking the court to review the settlement agreement again and to be allowed to proceed. The settlement agreement was

1

reviewed, plaintiff's request to continue with this action was denied, his motion for reconsideration based on his understanding of the settlement proceedings was denied, and this case remains closed. No further motions for reconsideration will be entertained. Plaintiff is advised that any additional documents filed in this closed case will be disregarded and no order will issue in response to future filings.

        SO ORDERED.

DATED: December 28, 2017

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE